# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | | |
|---|---|---|
| John D. Brian et al. | Plaintiff(s): | **AFFIDAVIT OF SERVICE** |
| vs. | | Case Number: 4:14-cv-139-REB |
| Wal-Mart Stores, Inc. et al. | Defendant(s): | |

For:
Racine, Olson, Nye, Budge & Bailey, Chartered (Pocatello)
P.O. Box 1391
Pocatello, ID 83204-1391

STATE OF IDAHO          )
                        :ss
COUNTY OF ADA           )

Received by TRI-COUNTY PROCESS SERVING LLC on May 6, 2014 to be served on **WAL-MART STORES, INC.**

I, Shannon Roesbery, who being duly sworn, depose and say that on Wednesday, May 7, 2014, at 8:25 AM, I:

**SERVED** the within named **Wal-Mart Stores, Inc.** by delivering a true copy of the **Summons in a Civil Action, Amended Complaint** to Jinell Lanier, of CT Corporation System, Registered Agent for CT Corporation System, a person authorized to accept service on behalf of Wal-Mart Stores, Inc. Said service was effected at **921 S. Orchard St., Ste. G, Boise, ID 83705**.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of Eighteen years and not a party to the action.

Our Reference Number: 137533
Client Reference: Lane V. Erickson

                                          Subscribed and sworn before me today
                                          Wednesday, May 7, 2014

TRI-COUNTY PROCESS SERVING LLC
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

Notary Public for the State of Idaho
Residing at Boise, Idaho
My Commission Expires on November 25, 2016